```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) | App. No. 11-1954 |
|  | ) |  |
| v. | ) | Crim. Action No. |
|  | ) | 10-10183-NMG |
| **RAUL PENA** | ) |  |

**ORDER**

**GORTON, J.**

1. The defendant's motion (Docket # 197) for leave to appeal in forma pauperis is **ALLOWED**.

2. The defendant's motion (Docket # 198) for appointment of counsel is **DENIED WITHOUT PREJUDICE**. A motion for appointment of appellate counsel must be filed in the Court of Appeals. See First Circuit Local Rule 46.5(a).

3. The defendant's motion (Docket # 199) for "Appendix's [sic]/Documents to Prepare, and File Brief for Appellant Court" is **DENIED WITHOUT PREJUDICE**. It is unclear what relief the defendant is seeking in this motion. His request for unspecified "support" is only followed by assertions that his counsel abandoned him and that he has obtained an extension of time from the Court of Appeals. Should the defendant continue to prosecute his appeal pro se, he may renew the motion provided he specifies the relief sought.

4. The Clerk shall transmit a copy of this Order to the United States Court of Appeals for the First Circuit.

**So ordered.**

                                                /s/ Nathaniel M. Gorton
                                                Nathaniel M. Gorton
                                                United States District Judge

Dated: April 17, 2012